John Hewlett, Appellant, *v.* Alfred Caplin, Respondent.

Argued May 25, 1950; decided June 2, 1950.

*Winslow M. Lovejoy, Patrick M. Casey* and *Lincoln Stevenson* for appellant.

*Edward S. Greenbaum, Jerome Handler* and *Herbert Feiler* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.